**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

SOUTHERN DISTRICT OF ILLINOIS

Case number *(if known)* _____  Chapter  **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Treasure Isles, Inc.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **37-0996452** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **378 Point of View Drive**<br>**Edwardsville, IL 62025**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Madison**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | **Debtor's website** (URL) | |

| | | |
|---|---|---|
| 6. | **Type of debtor** | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: _____ |

Debtor  **Treasure Isles, Inc.**                                    Case number (*if known*) _____
        Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.

____

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

District _____  When _____  Case number _____

District _____  When _____  Case number _____

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

Debtor _____  Relationship _____

District _____  When _____  Case number, if known _____

Debtor    **Treasure Isles, Inc.**                                            Case number (*if known*) _____
_____
Name

---

**11.  Why is the case filed in this district?**    *Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12.  Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

          Contact name _____

          Phone _____

---

**■  Statistical and administrative information**

---

**13.  Debtor's estimation of available funds**    .    *Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14.  Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ■ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15.  Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16.  Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Treasure Isles, Inc.**                                          Case number (*if known*) _____
                Name
_____

| | Request for Relief, Declaration, and Signatures |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **March  7, 2019**
                      MM / DD / YYYY

**X** **/s/ James E. McCann, Sr.**                              **James E. McCann, Sr.**
        Signature of authorized representative of debtor          Printed name

Title    **Chief Executive Officer**

**18. Signature of attorney**

**X** **/s/ Steven M. Wallace**                      Date    **March  7, 2019**
        Signature of attorney for debtor                              MM / DD / YYYY

**Steven M. Wallace**
Printed name

**HeplerBroom, LLC**
Firm name

**130 North Main Street**
**Edwardsville, IL 62025**
Number, Street, City, State & ZIP Code

Contact phone    **(618) 656-0184**    Email address    **steven.wallace@heplerbroom.com**

**06198917 IL**
Bar number and State

**Fill in this information to identify the case:**

Debtor name   **Treasure Isles, Inc.**

United States Bankruptcy Court for the:   **SOUTHERN DISTRICT OF ILLINOIS**

Case number (if known): _____

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **A & W Restaurants, Inc.**<br>**1441 Gardiner Lane**<br>**Louisville, KY 40205** | | **Business expense** | | | | **$5,970.37** |
| **ARC CAFEUSA001, LLC**<br>**c/o VEREIT, Inc.**<br>**2325 E. Camelback Road, Suite 1100**<br>**Phoenix, AZ 85016** | | **Business expense** | | | | **$1,918,362.78** |
| **Capital City Trust**<br>**c/o Mid America Asset Mgmt Inc.**<br>**One Parkview Plaza, 9th Floor**<br>**Villa Park, IL 60181** | | **Business expense** | | | | **$5,530.00** |
| **Castle Holdings, LLC**<br>**c/o Creighton Castle**<br>**4305 Turtle Bay**<br>**Springfield, IL 62711** | | **Business Expense** | | | | **$16,809.24** |
| **CDP Properties LLC**<br>**1307 W. Main St.**<br>**Salem, IL 62881** | | **Business expense** | | | | **$5,266.39** |
| **Citadel Capital**<br>**c/o Wells Fargo Bank** | | **Business expense** | | | | **$4,400.00** |
| **Duane Morrie LLP**<br>**30 S. 17th Street**<br>**Philadelphia, PA 19103-4196** | | **Business expense** | | | | **$188,480.95** |
| **Frank D. Cain**<br>**520 North Main St.**<br>**Somerset, KY 42501-1434** | | **Stock Redemption** | | | | **$4,000,000.00** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                                Best Case Bankruptcy

| Debtor | **Treasure Isles, Inc.** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| GM Crossroads Center, LLC Attn: Ms. Michelle Wu P.O. Box 410842 Saint Louis, MO 63141-0842 | | Business expense | | | | $14,957.81 |
| Infinite 50 LLC 211 Main Street San Francisco, CA 94105 | | Business expense | | | | $4,803.42 |
| Jefferson County Collector P.O. Box 787 Mount Vernon, IL 62864-0016 | | Business expense | | | | $11,286.30 |
| JRJ Crossing, LLC 1109 Wheaton Hill Court Saint Louis, MO 63131 | | Business expense | | | | $6,326.25 |
| Long John Silver's Advertising P.O. Box 950106 Louisville, KY 40295-0106 | | Business expense | | | | $1,265,819.09 |
| Long John Silver's, LLC P.O. Box 950111 Louisville, KY 40295-0111 | | Business expense | | | | $1,405,829.80 |
| Madison County Treasurer Kurt Prenzler, CPA PO Box 849 Edwardsville, IL 62025 | | Business expense | | | | $8,088.87 |
| Mansfield Power & Gas 1025 Airport Parkway Gainesville, GA 30501 | | Business expense | | | | $17,029.75 |
| McLane Food Service, Inc. 7188 Collection Center Dr. Chicago, IL 60693 | | Business expense | | | | $134,421.19 |
| NAC Advertising Lockbox 3585 Reliable Parkway Chicago, IL 60686 | | Business expense | | | | $4,776.30 |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor  **Treasure Isles, Inc.**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Vermillion County Treasurer PO Box 730 Danville, IL 61834** | | **Business expense** | | | | **$14,270.71** |
| **Weeke Sales & Service, Inc. 501 N. Front St. P.O. Box 53 Okawville, IL 62271** | | **Business expense** | | | | **$9,674.25** |

Software Copyright (c) 1996-2018 Best Case, LLC - www.bestcase.com                                                   Best Case Bankruptcy

## United States Bankruptcy Court
### Southern District of Illinois

In re    **Treasure Isles, Inc.**                                Case No.

                                             Debtor(s)          Chapter    **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Chief Executive Officer of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge and that it corresponds to the creditors listed in our schedules.

Date:    **March  7, 2019**                             **/s/ James E. McCann, Sr.**

                                                   **James E. McCann, Sr./Chief Executive Officer**
                                                   Signer/Title

A &  W Restaurants, Inc.
1441 Gardiner Lane
Louisville, KY 40205


A Royal Flush Plumbing Co.
P.O. Box 391
Edwardsville, IL 62025


A-1 Corporate Hardware
101 N. 4th Street
Springfield, IL 62701


ABT SRBI Inc.
P.O. Box 846134
Boston, MA 02284-6134


Ace Grease Service
9035 State Route 163
Millstadt, IL 62260


Ace Grease Service
9035 IL-163
Millstadt, IL 62260


Ace Sign Company
2540 S. 1st St.
Springfield, IL 62701


ACS II Fairview Park Plaza IL, LLC
350 Pine Street
Suite 800
Beaumont, TX 77701


Advanced Vending Services
10685 State Route 29 East
Rochester, IL 62563


Advantage+
13400 Bishop's Lane, Suite 280
Brookfield, WI 53005


Air Filter Sales & Services
210 33rd St., Dr S.E.
Cedar Rapids, IA 52403

Aire Serv Heating & Air
P.O. Box 168
Jacksonville, IL 62650


Aire-Master of America
P.O. Box 802615
Chicago, IL 60680


Airgas-Mid America
P.O. Box 802615
Chicago, IL 60680-2615


Albert Brothers, Inc.
921 N. Kickapoo St.
Lincoln, IL 62656


All American HVAC
207 N. State Street
Litchfield, IL 62056


All American Plumbing & Heating
1731 Mound Road
Jacksonville, IL 62650


Alliance Cost Containment, LLC
10503 Timberwood Circle, #120
Louisville, KY 40223


Allied Waste Service
4601 Cahokia Creek Road
Edwardsville, IL 62025


Amateur Sports Promotion
P.O. Box 712
Quincy, IL 62306


Ameren CILCO
P.O. Box 66826
Saint Louis, MO 63166-6826


Ameren CIPS
P. O. Box 66878
Saint Louis, MO 63166-6878

Ameren Illinois
PO Box 88034
Chicago, IL 60680


Angela J.M. Laws
#26 Country View
Centralia, IL 62801


Aqua Illinois
P.O. Box 298
Struthers, OH 44471-0298


Aramark
PO Box 0903
Carol Stream, IL 60132-0903


ARC CAFEUSA001, LLC
c/o VEREIT, Inc.
2325 E. Camelback Road, Suite 1100
Phoenix, AZ 85016


ARC CAFEUSA001, LLC
c/o VEREIT, Inc.
Attn: Asset Manager
2325 E. Camelback Rd., Suite 1100
Phoenix, AZ 85016


ARC CAFEUSA001, LLC
c/o VEREIT, Inc.
Attn: Asset Manager
2325 E. Camelback Road, Suite 1100
Phoenix, AZ 85016


ARC CAFEUSA001, LLC
c/o Lisa Peters
Kutak Rock LLP
1650 Farnam Street
Omaha, NE 68102


Area Disposal Service, Inc.
32289 Collection Center Dr.
Chicago, IL 60693


Area Wide, Inc.
6115 Eveline St.
Saint Louis, MO 63139

Arrow Signs & Outdoor Advertising
P.O. Box 163
Godfrey, IL 62035


ASCAP
21678 Network Place
Chicago, IL 60673-1216


Asset Enterprises
3431 N. Industrial Dr.
Simpsonville, SC 29681


AT&T
PO Box 5080
Carol Stream, IL 60197-5080


At&T (8080)
P.O. Box 5095
Carol Stream, IL 60197-5095


Avenue Glass & Repair
200 N. Grand Ave. East
Springfield, IL 62702


Bailen Partners I, Ltd.
Frank G. Bailen, Gen Partner
1701 Broadmoor Drive, Suite 220
Champaign, IL 61821


Baker & Sons Plumbing
1701 E Main
Marion, IL 62959


Becky Grothoff
3115 Lime Ave.
Mount Vernon, IL 62864


Bendsen Signs & Graphics
2901 N. Woodford St.
Decatur, IL 62526


Beverly J. McBride
Wabash County Treasurer
P.O. Box 428
Mount Carmel, IL 62863

Binder Plumbing & Heating, Inc.
1975 E. Pershing Rd
Decatur, IL 62526


BR Associates, Inc.
c/o Mr. Bob Ruckriegel
4201-A Mannheim Road
Jasper, IN 47546-9618


Brad Crick Refridgeration
930 Big Ridge Road
Harrisburg, IL 62946


Business Systems Cash Registers
1812 Vandalia St.
Collinsville, IL 62234


Business Technologies
3350 Center Grove Drive
Dubuque, IA 52003-5225


Buster Sanitation Service
P.O. Box 805935
Chicago, IL 60680-4120


Butcher's Electrical Service, Inc.
P.O. Box 1218
Mahomet, IL 61853


Capital City Trust
c/o Mid America Asset Mgmt Inc.
One Parkview Plaza, 9th Floor
Villa Park, IL 60181


Capital City Trust
Capital City Shopping Center
4270 Morse Road
Columbus, OH 43230


Carol Becherer
305 Park Ave.
Lincoln, IL 62656

Caseyville Township Water
P.O. Box 1900
Fairview Heights, IL 62208


Castle Holdings, LLC
c/o Creighton Castle
4305 Turtle Bay
Springfield, IL 62711


CDP Properties LLC
1307 W. Main St.
Salem, IL 62881


Charles Daniels Properties, Inc.
1355 N. Route 48, Suite 6
Decatur, IL 62526


Cintas LOC #D72
401 W. Industrial Dr.
Carbondale, IL 62901


Cintas LOC D#65
634 Lamber Pointe Dr.
Hazelwood, MO 63042


Citadel Capital
c/o Wells Fargo Bank


City of Bloomington
PO Box 3157
Bloomington, IL 61702


City of Centralia
P.O. Box 569
Centralia, IL 62801


City of Collinsville
125 S. Center St.
Collinsville, IL 62234


City of Danville
17 W. Main
Danville, IL 61832

City of Decatur
1 Gary K Anderson Plaza
Decatur, IL 62523


City of Effingham Water District
P.O. Box 1345
Effingham, IL 62401


City of Granite City Treasurer
Regions Bank-Dept 30485
Saint Louis, MO 63179-0126


City of Harrisburg
110 E. Locust
Harrisburg, IL 62946


City of Litchfield
120 E. Ryder
Litchfield, IL 62056


City of Marion
1102 Tower Square
Marion, IL 62959


City of Mattoon Finance Dept.
208 N. 19th St.
P.O. Box 99
Mattoon, IL 61938


City of Mt Carmel
219 Market St.
Mount Carmel, IL 62863


City of Mt. Vernon
P.O. Box 1708
Mount Vernon, IL 62864


City of Salem
101 S. Broadway
Salem, IL 62881


City of Vandalia
431 W. Gallatin
Vandalia, IL 62471

City of Wood River
111 N. Wood River Ave.
Wood River, IL 62095


City Water Light & Power
Cashier's Office
Municipal Center West
Springfield, IL 62757-0001


Cleeton Sanitation Service
P.O. Box 50
Tovey, IL 62570


Clock Tower Owners Assoc.
974 Clock Tower Drive
Springfield, IL 62704


Comcast Cable Communications Mngmnt
Attn: Legal Dept.
1701 JFK Blvd.
Philadelphia, PA 19103


Commercial Electronics In
3421 Hollenberg Drive
Bridgeton, MO 63044


Commercial Landscape Services
132 Ridge Prairie Lane
Fairview Heights, IL 62208


Complete HVAC Plumbing
210 E. Elm
Albion, IL 62806


Consolidated Communications
PO Box 2564
Decatur, IL 62525


Constellation
14217 Collections Center Drive
Chicago, IL 60693


Cooley's Heating & Plumbing
PO Box 388
Decatur, IL 62525-2564

Crosscreek Design Group
1145 Winter Haven Way
Lexington, KY 40509-2051


CSA, Inc.
36555 Biltmore PLace
Willoughby, OH 44094


CSTK
420 E. Carrie Ave.
Saint Louis, MO 63147


CWI
829 Burnett St.
Paducah, KY 42001


CWI of Illinois #732
P.O. Box 9001099
Louisville, KY 40290


Daily Republic Register
PO Box 550
Mount Carmel, IL 62863


Dale Plumbing, Heating & Cooling
4898 Wildwood Lane
Brighton, IL 62012


Dan Heise Plumbing & Heating
P.O. Box 105
Litchfield, IL 62056


Daniel & Sons Mechanical Contractor
PO Box 126
Carterville, IL 62918


Danville Sanitary District
PO Box 81
Danville, IL 61834


Deborah N. Roth
813 W. 5th STreet
Bluford, IL 62814

Direct Energy Business
194 Wood Avenue South
Second Floor
Iselin, NJ 08830


Doty Sanitation Service
RR2 Box 264
Beecher City, IL 62414


Double D Plumbing & Heating
1115 N. Fifth Street
Vandalia, IL 62471


Dr. Pepper Snapple Group
5301 Legacy Drive
Plano, TX 75024-3109


Duane Morrie LLP
30 S. 17th Street
Philadelphia, PA 19103-4196


Dust Electric
1105 N. Merchant Str.
Effingham, IL 62401


Ecolab Food Safety Specialities
24198 Network Place
Chicago, IL 60673-1241


Ed Daniels Plumbing
5040 Lois Lane
Kell, IL 62853


Effingham County Health Dept.
901 W. Virginia
P.O. Box 685
Effingham, IL 62401


Effingham Signs & Graphics, Inc.
1009 S. Oak St.
Effingham, IL 62401


Electrical Service Company
P.O. Box 976
Decatur, IL 62525

Fairview Station, LLC
NW 601202
P.O. Box 1450
Minneapolis, MN 55485-1202


Fire Equipment Service
2401 S. 14th Street
Mattoon, IL 61938


First Southwestern Financial Servic
P. O. Box 0487
Roy, UT 84067


Fowler Heating & Cooling
P.O. Box 909
Marion, IL 62959


Frank D. Cain
520 North Main St.
Somerset, KY 42501-1434


Frank Haas
c/o Sid's Building Corp.
35188 N. Thompson
Round Lake, IL 60073


Fred's Plumbing, Heating & Air
5018 Chester Grove Dr.
Champaign, IL 61822


GE Capital Franchise Finance Corp.
8377 E. Hartford Drive, Suite 200
Scottsdale, AZ 85255


Geno's 24/7
P.O. Box 234
Mattoon, IL 61938


Gibson Products Company
1100 Organ Street
Eldorado, IL 62930

GM Crossroads Center, LLC
Attn: Ms. Michelle Wu
P.O. Box 410842
Saint Louis, MO 63141-0842


GM Crossroads, LLC
Attn: Ms. Judy Mei
131 N. Mosley
Saint Louis, MO 63141


Great America Leasing Corp.
8742 Innovation Way
Chicago, IL 60682-0087


Greco Sales, Inc.
P.O. Box 4226
Springfield, IL 62708


Greg Hahn Heating & A/C
3090 Timber Bluff Trail
Decatur, IL 62521


HM Electronics, Inc.
14110 Stowe Dr.
Poway, CA 92064


Hobart Service
206 Fabricator Drive
Fenton, MO 63026


Homefield Energy
1500 Eastport Plaza Drive
Collinsville, IL 62234


Howard's Disposal, Inc.
2822 N. County Road
Mattoon, IL 61938


Hughes Network Systems
P.O. Box 64136
Baltimore, MD 21264


IBM Corporation
P.O. Box 534151
Atlanta, GA 30353-4151

Ideal Refrigeration
P.O. Box 268
325 St Hwy 121
Mt Zion, IL 62549


Illinois - American Water
PO Box 94551
Palatine, IL 60094-4551


Infinite 50 LLC
211 Main Street
San Francisco, CA 94105


Interface
2690 Kirby Whitten Rd, Suite 101
Memphis, TN 38133


Isaacs Refridgeration Co.
1217 Farmingdale Road
Pleasant Plains, IL 62677


Jacksonville Journal-Courier
Attn: Business Office
P.O. Box 1048
Jacksonville, IL 62651-1048


James E. McCann, Sr.
378 Point of View Drive
Edwardsville, IL 62025


James E. Simmons
15148 N. Loop Lane
Mount Vernon, IL 62864


James Theilken
3209 Rita
Springfield, IL 62703


Jefferson County Collector
P.O. Box 787
Mount Vernon, IL 62864-0016


Jessica Hall
11501 N. Lake Dr.
Cincinnati, OH 45249

JJ Properties, LLC
997 Terra Oaks Dr.
Chesterfield, MO 63005


Johnson Controls Fire Protection LP
Dept. CH 10320
Palatine, IL 60055-0320


JRJ Crossing, LLC
1109 Wheaton Hill Court
Saint Louis, MO 63131


Just Drain It
2924 Fortune Drive
Granite City, IL 62040


K-Tec
1206 South 1680 West
Orem, UT 84058


Kiefer Landscaping
3110 South Banker
Effingham, IL 62401


Kimberly Matthews
27 Church St.
Birmingham, AL 35213


Kimberly Matthews
27 Church Street
Birmingham, AL 35213


King Enterprises, Inc.


Kitchen Solutions, Inc.
4437 Country Sunrise Road
High Ridge, MO 63049


Kool Technologies
714 Bonded Parkway
Streamwood, IL 60107

Lamar Companies
P.O. Box 96030
Baton Rouge, LA 70896

Lanz Heating & Cooling, Inc.
2718 Hundman Dr.
Champaign, IL 61822

Libby J. Davey
5551 Terrace View Ct.
Saint Louis, MO 63128

Liberty Utilities
PO Box 790311
Saint Louis, MO 63179

Lindy Advertising Service
P.O. Box 464
Jacksonville, IL 62651

Long John Silver's Advertising
P.O. Box 950106
Louisville, KY 40295-0106

Long John Silver's, Inc.
9505 Williamsburg Plaza
Louisville, KY 40222

Long John Silver's, LLC
P.O. Box 950111
Louisville, KY 40295-0111

Long John Silver's, LLC
9505 Williamsburg Plaza
Louisville, KY 40222

Luke M. Spurlock
319 S. Paul Ave.
Bluford, IL 62814

Macon County Collector
141 S. Main St., Room 302
Decatur, IL 62523

Madison County Treasurer
Kurt Prenzler, CPA
PO Box 849
Edwardsville, IL 62025


Madison Tel Co.
21668 Double Arch Rd.
PO Box 29
Staunton, IL 62088


Mann's Yard Service
619 Belmont St.
Mount Carmel, IL 62863


Mansfield Power & Gas
1025 Airport Parkway
Gainesville, GA 30501


Marion Chamber of Commerce
P.O. Box 307
2305 West Main
Marion, IL 62959


Marjorie E. Janes Trust B
805 W. Church St., #4
Champaign, IL 61820


Marjorie E. Janes Trust B
1044 Ashwood Trail
Decatur, IL 62526


Mark E. Hughes
301 E. 8th St.
West Frankfort, IL 62896


Marmic Fire & Safety Co. Inc
1014 S Wall Ave
Joplin, MO 64801


Mars Plumbing & Heating, Inc.
P.O. Box 300
129 E. Gallatin St.
Vandalia, IL 62471

Martor USA
1235 S. Kimps Court
Unit 29
Green Bay, WI 54313


McClane Food Service, Inc.
Attn: President
2085 Midway Road
Carrollton, TX 75006


McLane Food Service, Inc.
7188 Collection Center Dr.
Chicago, IL 60693


McVaigh Welding Service
P.O. Box 875
Mount Carmel, IL 62863


Mediacom
107 S. Henrietta
Effingham, IL 62401


Merz Heating & A/C, Inc.
P.O. Box 1305
509 S. Willow St.
Effingham, IL 62401


Mid America Advertising
100 W. Hazel Dell Rd.
Springfield, IL 62712


Mid America Development
904 Fournie Lane
Collinsville, IL 62234


Mid-America Advertising
Midwest, Inc.
100 E. Hazel Dell Rd.
Springfield, IL 62712


Mid-America Outdooor Advertising
904 Fournie Lane
Collinsville, IL 62234

Midwest Waste
PO Box 1649
Marion, IL 62959


Mike Williams Plumbing Heating & AC
2403 S. Grand Ave., E
Springfield, IL 62703


Morrison Electric, Inc.
651 S. Webster St.
Taylorville, IL 62568


Movie Facts
1870 Busse Hwy.
Des Plaines, IL 60016


Mt. Carmel Public Utility
316 Market St.
Mount Carmel, IL 62863


Municipal Utlilities
200 West Douglas
Jacksonville, IL 62650


NAC Advertising
Lockbox 3585
Reliable Parkway
Chicago, IL 60686


National A&W Franchise Assoc.
1648 Mcgrathiana Parkway
Suite 380
Lexington, KY 40511


Nature's Design
1200 Bauer Road
Troy, IL 62294


NIcor Gas
P.O. Box 5407
Carol Stream, IL 60197-5407


Nikos Ena, LLC
13 Black Walnut
Palos Park, IL 60464

Nowell's Heating & A/C
601 E. Main St.
Mount Olive, IL 62069


NUCO2
2800 SE Market Place
Stuart, FL 34997


O'Fallon Water & Sewer
255 S. Lincoln Ave.
O Fallon, IL 62269


Office Products Center
308 W. Noleman
PO Box 950
Centralia, IL 62801


Park's Sewer Service, Inc.
1850 W. Rock Springs Road
Decatur, IL 62521


Pasta Isles, Inc.


Pepsi-Cola Co.
P.O. Box 75948
Chicago, IL 60675


PepsiCo Sales, Inc.
700 Anderson Hill Road
Purchase, NY 10577


Pipeworks, Inc.
P.O. Box 3395
Bloomington, IL 61702


Pitney Bowes Global Financial Serv
PO Box 371887
Pittsburgh, PA 15250-7887


Pitney Bowes Management Services
P.O. Box 845801
Tempe, AZ 85284-5801

Powernet Global Communications
P.O. Box 740146
Cincinnati, OH 45274-0146

Primesource Food Service
P.O. Box 671679
Dallas, TX 75267-1679

Puritan Springs Water
1709 N. Kickapoo
Lincoln, IL 62656

Pyramid Elec Contractors, Inc.
300 Monticello Place
Fairview Heights, IL 62208

Ramco Freezer Service & Sales
P.O. Box 129
Mansfield, IL 61854

Ray's Plumbing & Sewer Service
895 Taintor Road
Springfield, IL 62702

Rebecca Grothoff
3115 Lime Ave
Mount Vernon, IL 62864

Restaurant Supply Chain Solutions
Vice President of Distribution
950 Breckenridge Ln., Suite 300
Louisville, KY 40207

RF Technologies
PO Box 142
Bethalto, IL 62010

Roto-Rooter
5672 Collection Center Dr.
Chicago, IL 60693

Saline County Chamber of Commerce
2 E. Locust Street, Suite 200
Harrisburg, IL 62946

Sanitation Service, Inc.
P.O. Box 703
Effingham, IL 62401


Schoonover Sewer Service, Inc.
P.O. Box 6027
Champaign, IL 61826-6027


Servus, Inc.
4021-A Mannheim Road
Jasper, IN 47546


Sewage System Service
P.O. Box 509 City Hall
Lincoln, IL 62656


SGAS Holdings, LLC
2200 Pacific Coast Highway
Suite 305
Hermosa Beach, CA 90254


SI Storage & Rentals
99 E. Main
West Frankfort, IL 62896


Sid's Building Corporation
c/o Frank Haas
3289 Province Circle
Mundelein, IL 60060


Snagajob
4851 Lake Brook Drive
Glen Allen, VA 23060


Sorling Northrup Attys
1 N. Old State Capitol Plaza
Suite 200
Springfield, IL 62705


St. Clair County Health Department
19 Public Square, Suite 150
Belleville, IL 62220

Surveillance
4308 S. Rickett Ave., Suite A
Peoria, IL 61607


Terminix Processing Center
P.O. Box 742592
Cincinnati, OH 45274-2592


Terry Lowery
8725 E. Casey Pike Road
Mount Vernon, IL 62864


The Color Place
3841 Business Park Drive
Louisville, KY 40213


Tim's Lawn Service Snow Removal
540 S. Cherry St.
Paxton, IL 60957


Tri-R-Disposal
P.O. Box 89
Nokomis, IL 62075


Trinsoft, LLC
1025 Monarch St., #170
Lexington, KY 40513


Trugreen-Collinsville
P.O. Box 9001501
Louisville, KY 40290-1501


Tylex, Inc.
229 S. Bonner Ave.
Tyler, TX 75702


U.B. Klem Furniture Co., Inc.
P.O. Box 146
Saint Anthony, IN 47575


U.S. Bancorp Equipment Finance, Inc
P.O. Box 790448
Saint Louis, MO 63179-0448

UFPC
950 Breckenridge Ln., Suite 300
Louisville, KY 40207


UFPC Parts Connection
NW 5848
P.O. Box 1450
Minneapolis, MN 55485-5848


UFPC Smallwares Connection
P.O. Box 73184
Cleveland, OH 44193


Unified Foodservice Purchasing
P.O. Box 32033
Louisville, KY 40232


Urbana & Champaign
P.O. Box 669
Urbana, IL 61801


Valassis
19975 Victor Parkway
Livonia, MI 48152


Vanguard Energy Services
Dept. 2071
Tulsa, OK 74182


Veolia ES Solid Waste Midwest
P.O. Box 6484
Urbana, IL 61801


Verizon Wireless
Attn: Bankruptcy Dept.
1515 Woodfield Road
Schaumburg, IL 60173


Vermillion County Treasurer
PO Box 730
Danville, IL 61834


Village of Rantoul
333 S. Tanner
Rantoul, IL 61866

Viviano Heating & A/C, Inc.
201 W. Main St.
Collinsville, IL 62234


WC Media WC Outdoor Advertising
P.O. Box 9444
Oraville, IL 62971-9444


Weeke Sales & Service, Inc.
501 N. Front St.
P.O. Box 53
Okawville, IL 62271


Wente Plumbing & Heating, Co.
1700 S. Raney Street
PO Box 447
Effingham, IL 62401


WF Water
110 N. Jefferson
West Frankfort, IL 62896


WMCI/WWGO/WCBH
Cromwell Group Inc. of IL
209 Lake Land Blvd.
Mattoon, IL 61938


Wright's Heating & AC Service
525 S. Gilbert
Danville, IL 61832


Yum! Brands
Attn: LJS Accounts Receivable
P.O. Box 35820
Louisville, KY 40232


Yum! Capital
707 Travis St
Houston, TX 77002-8059


Zeschke Septic Cleaning
2408 Greyhound Road
Bloomington, IL 61704

```
Zimmerly & Co., Inc.
P.O. Box 540907
Dallas, TX 75354
```